PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:03CR00348-05** |
| ) | |
| **HAIFAA BENKHADARA** ) | |
| ) | |

On August 15, 2005, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:   September 6, 2006
            Roseville, California
            :ddw/cd

**REVIEWED BY:**        /s/ Richard A. Ertola
            **RICHARD A. ERTOLA**
            **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:  Haifaa BENKHADARA**
   **Docket Number:   2:03CR00348-05**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

  September 27, 2006                     /s/ Frank C. Damrell Jr.
**Date**                             **FRANK C. DAMRELL, JR.**
                                **United States District Judge**


Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG